IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BES KESSLER PARK FUND X111 LLC,<br>  PLAINTIFF, § § § | |
| v. § | CIVIL CASE NO. 3:24-CV-6-E-BK |
| K'IN WAY XI, ET AL., § § § § | |
|   DEFENDANTS. | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is REMANDED *sua sponte* for lack of jurisdiction to the Justice of the Peace Court, Precinct Place 1, Dallas County, Case No. JPC-23-09670-51.

The Clerk of the Court is directed to close this case.

SO ORDERED: January 31, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE